UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NIEVES,<br><br>        Plaintiff,<br><br>-against-<br><br>LAURA WARD – SUPREME COURT JUSTICE,<br><br>        Defendant. | 1:22-CV-1382 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 3, 2022, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims for damages and injunctive relief against Justice Ward under the doctrine of judicial immunity and as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i), (iii). The Court dismisses Plaintiff's remaining claims for injunctive and declaratory relief under the *Younger* abstention doctrine. The Court dismisses Plaintiff's claims for *habeas corpus* relief without prejudice.

  Because Plaintiff makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 3, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge